

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. OFFICE OF SURFACE MINING, an agency within the U.S. Department of the Interior, *et al*,<br><br>Defendants<br><br>and<br><br>SIGNAL PEAK ENERGY, LLC,<br><br>Defendant-Intervenor. | CV 15 – 106 – M –DWM<br><br>ORDER |

Defendant-Intervenor Signal Peak Energy, LLC, moves for the admission of Sarah C.S. Bordelon, John C. Martin, and Hadassah M. Reimer to practice before this Court in this case with Brian M. Murphy to act as local counsel. The applications appear to be in order.

Accordingly, IT IS ORDERED that the motions (Docs. 65, 66, and 67) are GRANTED on the condition that Ms. Bordelon, Mr. Martin, and Ms. Reimer shall do all their own work. That means that Ms. Bordelon, Mr. Martin, and Ms.

1

Reimer shall do their own writing, sign their own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Bordelon, Mr. Martin, and Ms. Reimer, within fifteen (15) days of the date of this Order, file notices acknowledging their admission under the terms set forth above.

Given that Signal Peak already has seven counsel, including three *pro hac vice* counsel, IT IS FURTHER ORDERED that within the same fifteen (15) day period, Signal Peak shall withdraw three attorneys of its choosing. Increasing the number of attorneys on this case risks disrupting the efficient administration of this matter and communication between the parties.

DATED this 14 day of September, 2017.

Donald W. Molloy, District Judge
United States District Court