IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, | CV 15 – 106 – M –DWM |
| Plaintiff, | ORDER |
| vs. | |
| UNITED STATES OFFICE OF SURFACE MINING, an agency within the U.S. Department of Interior, *et al.*, | |
| Defendants, | |
| and | |
| SIGNAL PEAK ENERGY, LLC, | |
| Defendant-Intervenor | |

Defendant-Intervenor Signal Peak Energy moves for a telephonic status conference within the next 24 to 48 hours to discuss its Rule 59(e) motion. Plaintiff Montana Environmental Information Center opposes the motion.

IT IS ORDERED that the motion (Doc. 78) is DENIED. Plaintiff's response to Signal Peak's motion is due Monday, September 25. Both counsel and the *parties* are reminded of the requirement that they work to "secure the just,

1

speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

DATED this 20th day of September, 2017.

_____
Donald W. Molloy, District Judge
United States District Court

16:56 P.M.