JEFFREY H. WOOD
Acting Assistant Attorney General
MICHELLE-ANN C. WILLIAMS
Trial Attorney (MD Bar)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0420
Fax: (202) 305-0506
Email: michelle-ann.williams@usdoj.gov


*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 9:15-cv-00106-DWM |
| v. | ) ) | FEDERAL DEFENDANTS' STATEMENT IN SUPPORT OF |
| UNITED STATES OFFICE OF SURFACE MINING RECLMATION AND ENFORCEMENT, *et al.*, | ) ) ) | SIGNAL PEAK ENERGY, LLC'S REPLY IN SUPPORT OF EMERGENCY MOTION TO AMEND JUDGMENT, MOTION FOR |
| Defendants. | ) ) ) | REMEDIES HEARING, AND MOTION TO STAY INJUNCTION PENDING REMEDIES HEARING |

On September 11, 2017, Federal Defendants joined Defendant-Intervenor Signal Peak Energy, LLC's ("Signal Peak") emergency motion to amend the Court's August 14, 2017 judgment, motion for a hearing on remedies, and motion to stay the Court's injunction pending a hearing on remedies. *See* ECF No.71; *see also* ECF Nos. 69, 70.  Federal Defendants now provide notice to the Court of their support for the arguments raised in Signal Peak's reply in support of its motion, *see* ECF No. 84.

Dated: September 29, 2017                 Respectfully submitted,

                                          JEFFREY H. WOOD
                                          Acting Assistant Attorney General

                                          */s/ Michelle-Ann C. Williams*
                                          MICHELLE-ANN C. WILLIAMS
                                          Trial Attorney (MD Bar)
                                          U.S. Department of Justice
                                          Environment & Natural Resources Division
                                          Natural Resources Section
                                          Ben Franklin Station, P.O. Box 7611
                                          Washington, D.C. 20044-7611
                                          Telephone: (202) 305-0420
                                          Fax: (202) 305-0506
                                          Email: michelle-ann.williams@usdoj.gov

                                          *Attorneys for Federal Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2017, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Michelle-Ann C. Williams*
MICHELLE-ANN C. WILLIAMS
Attorney for Federal Defendants
