Steven T. Wade
W. John Tietz
Chad E. Adams
BROWNING, KALECZYC, BERRY
   & HOVEN, P.C.
800 North Last Chance Gulch, Suite 101
PO Box 1697
Helena, MT 59624
Telephone: (406) 443-6820
Fax:    (406) 443-6883
Email:  stevew@bkbh.com
         john@bkbh.com
         chad@bkbh.com

John C. Martin (*pro hac vice*)
Hadassah M. Reimer (*pro hac vice*)
Holland & Hart LLP
25 South Willow Street, Suite 200
P.O. Box 68
Jackson, Wyoming 83001
Telephone:  (307) 739-9741
Fax:  (307) 739-9744
Email:  jcmartin@hollandhart.com
         hmreimer@hollandhart.com

Brian M. Murphy
Holland & Hart LLP
401 North 31st Street, Suite 1500
Billings, Montana  59103-0639
Telephone:  (406) 896-4607
Fax:  (406) 252-1669
Email:  bmmurphy@hollandhart.com

Sarah C. Bordelon (*pro hac vice*)
Holland & Hart LLP
5441 Kietzke Lane
Reno, NV  89511
Telephone:  (775) 327-3000
Fax:  (775) 786-6179
Email:  scbordelon@hollandhart.com

Attorneys for Signal Peak Energy, LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OFFICE OF SURFACE MINING, an agency within the U.S. Department of Interior, *et al.*,<br><br>Defendants. | Case No. 9:15-cv-00106-DWM<br><br><br><br>**SIGNAL PEAK ENERGY, LLC'S NOTICE OF APPEAL** |

|  |  |
|---|---|
| and | ) |
|  | ) |
| SIGNAL PEAK ENERGY, LLC, | ) |
|  | ) |
| Defendant-Intervenor. | ) |
|  | ) |

Notice is hereby given that, pursuant to 28 U.S.C. § 1292(a), Defendant-Intervenor, Signal Peak Energy, LLC, appeals to the United States Court of Appeals for the Ninth Circuit from the following:

1. The Order entered October 2, 2017 (Doc. 86) denying Signal Peak's emergency motion to stay the Court's August 14, 2017 injunction pending briefing and an evidentiary hearing on the remedies, attached as Exhibit 1.

2. The vacatur and injunction entered in the August 14, 2017 Order (Doc. 60), attached as Exhibit 2.

The Representation Statement required by Federal Rule of Appellate Procedure 12(b) and CR 3-2 is attached as Exhibit 3.

Dated this 5th day of October, 2017.

/s/ Brian M. Murphy
Brian M. Murphy
Holland & Hart LLP
401 North 31st Street, Suite 1500
Billings, Montana 59103-0639
Telephone: (406) 896-4607
Fax: (406) 252-1669

John C. Martin (*pro hac vice*)
Hadassah M. Reimer (*pro hac vice*)
Holland & Hart LLP
25 South Willow Street, Suite 200
P.O. Box 68
Jackson, Wyoming 83001
Telephone: (307) 739-9741
Fax: (307) 739-9744

Sarah C. Bordelon (*pro hac vice*)
Holland & Hart LLP
5441 Kietzke Lane
Reno, NV 89511
Telephone: (775) 327-3000
Fax: (775) 786-6179

Steven T. Wade
W. John Tietz
Chad E. Adams
BROWNING, KALECZYC, BERRY
   & HOVEN, P.C.
800 North Last Chance Gulch, Suite 101
PO Box 1697
Helena, MT 59624
Telephone: (406) 443-6820
Fax: (406) 443-6883

## CERTIFICATE OF SERVICE

    I, the undersigned counsel of record, hereby certify that on this 5th day of October, 2017, I filed a copy of this document electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                                       */s/ Brian M. Murphy*

10261696_2