# EXHIBIT 3

Brian Murphy
Holland & Hart LLP
401 North 31st Street, Suite 1500
Billings, Montana 59103-0639
Telephone: (406) 896-4607
Fax: (406) 252-1669
Email: bmmurphy@hollandhart.com

Sarah C. Bordelon (*pro hac vice*)
Holland & Hart LLP
5441 Kietzke Lane
Reno, NV 89511
Telephone: (775) 327-3000
Fax: (775) 786-6179
Email: scbordelon@hollandhart.com

John C. Martin (*pro hac vice*)
Hadassah M. Reimer (*pro hac vice*)
Holland & Hart LLP
25 South Willow Street, Suite 200
P.O. Box 68
Jackson, Wyoming 83001
Telephone: (307) 739-9741
Fax: (307) 739-9744
Email: jcmartin@hollandhart.com
       hmreimer@hollandhart.com

Attorneys for Signal Peak Energy, LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OFFICE OF SURFACE MINING, an agency within the U.S. Department of Interior, *et al*., <br><br> Defendants. | Case No. 9:15-cv-00106-DWM <br><br><br><br> **REPRESENTATION STATEMENT** |

|  |  |
|---|---|
| and | ) |
|  | ) |
| SIGNAL PEAK ENERGY, LLC, | ) |
|  | ) |
| Defendant-Intervenor. | ) |
|  | ) |

Pursuant to Federal Rule of Appellate Procedure 12(b) and United States Court of Appeals for the Ninth Circuit Rule 3-2, Signal Peak Energy, LLC, by and through its undersigned counsel of record, hereby identifies the following parties and their counsel:

### a) Counsel for the Defendants / Appellants

Jeffrey H. Wood
Acting Assistant Attorney General
John Most (John.Most@usdoj.gov )
Trial Attorney, Environmental & Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0429
Fax: (202) 305-0506

Matthew Littleton (matthew.littleton@usdoj.gov )
Appellate Attorneys, Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 7415
Washington, DC 20044

**b)    Counsel for Intervenor / Appellant**

John C. Martin (jcmartin@hollandhart.com)
Hadassah M. Reimer (hmreimer@hollandhart.com)
Holland & Hart LLP
25 South Willow Street, Suite 200
P.O. Box 68
Jackson, Wyoming 83001
Telephone:  (307) 739-9741
Fax:  (307) 739-9744

Sarah C. Bordelon  (scbordelon@hollandhart.com)
Holland & Hart LLP
5441 Kietzke Lane
Reno, NV  89511
Telephone:  (775) 327-3000
Fax:  (775) 786-6179

Brian M. Murphy (bmmurphy@hollandhart.com)
Holland & Hart LLP
401 North 31st Street, Suite 1500
Billings, Montana  59103-0639
Telephone:  (406) 896-4607
Fax:  (406) 252-1669

**c)    Counsel for Plaintiff / Appellee**

Shiloh S. Hernandez (hernandez@westernlaw.org)
(406) 204-4861
Laura H. King (king@westernlaw.org)
(406) 204-4852
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Telephone:  (406) 204-4861

Dated this 5th day of October, 2017.

/s/ Brian Murphy
Brian Murphy

Attorney for Signal Peak Energy, LLC

10262295_1