JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MICHELLE-ANN C. WILLIAMS
JOHN S. MOST
Trial Attorneys, Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044-7611
michelle-ann.williams@usdoj.gov
John.Most@usdoj.gov
(202) 305-0420 (Williams) || 202-616-3353 (Most)
Fax: (202) 305-0506

*Counsel for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, | )<br>)<br>) |
| Plaintiff, | ) CV 15-106-DWM<br>) |
| v. | ) FEDERAL DEFENDANTS'<br>) NOTICE OF APPEAL |
| UNITED STATES OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, *et al.*, | )<br>)<br>)<br>) |
| Federal Defendants, | )<br>) |
| SIGNAL PEAK ENERGY LLC, | )<br>) |
| Intervenor-Defendant. | )<br>) |

Federal Defendants hereby provide notice of their appeal to the United States Court of Appeals for the Ninth Circuit from the Court's order of August 14, 2017, ECF No. 60, and the August 14, 2017 Judgment, ECF No. 61.

Respectfully submitted this 12th day of October, 2017.

>JEFFREY H. WOOD
>Acting Assistant Attorney General
>Environment and Natural Resources Div.
>
>/s/ John S. Most
>JOHN S. MOST
>MICHELLE-ANN C. WILLIAMS
>Trial Attorneys, Natural Resources Section
>Ben Franklin Station, P.O. Box 7611
>Washington, D.C. 20044-7611
>michelle-ann.williams@usdoj.gov
>John.Most@usdoj.gov
>(202) 305-0420 (Williams)
>202-616-3353 (Most)
>Fax: (202) 305-0506
>
>*Counsel for Federal Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 12th day of October, 2017.

                                  /s/ *John S. Most*
                                  JOHN S. MOST
                                  *Counsel for Federal Defendants*