

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. OFFICE OF SURFACE MINING, *et al.*,<br><br>Defendants<br><br>and<br><br>SIGNAL PEAK ENERGY, LLC,<br><br>Defendant-Intervenor. | CV 15–106–M–DWM<br><br>ORDER |

Plaintiff Montana Environmental Information Center and federal defendants jointly move for a stay of sixty (60) days in this matter as they work to resolve the issue of attorney's fees and costs. (Doc. 109.) IT IS ORDERED that the motion is GRANTED. The pending motion for attorney's fees (Doc. 107) is STAYED until February 26, 2018.

DATED this 27th day of December, 2017.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court