
FILED
FEB 26 2018
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. OFFICE OF SURFACE MINING, *et al.*,<br><br>Defendants<br><br>and<br><br>SIGNAL PEAK ENERGY, LLC,<br><br>Defendant-Intervenor. | CV 15–106–M–DWM<br><br>ORDER |

Plaintiff Montana Environmental Information Center and federal defendants jointly move for an additional stay of thirty (30) days in this matter as they work to resolve the issue of attorney's fees and costs. (Doc. 111.) IT IS ORDERED that the motion is GRANTED. The pending motion for attorney's fees (Doc. 107) is STAYED until March 28, 2018.

DATED this 16th day of February, 2018.

_____
Donald W. Molloy, District Judge
United States District Court

No More continuances will be granted. It a time to fish or cut bait.
Judge Molloy