IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, | CV 15–106–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| U.S. OFFICE OF SURFACE MINING, *et al*, | |
| Defendants | |
| and | |
| SIGNAL PEAK ENERGY, LLC, | |
| Defendant-Intervenor. | |

Before the Court is a stipulation between Plaintiff and Federal Defendants regarding Plaintiff's petition for attorney's fees and costs. Accordingly,

IT IS ORDERED that the stipulation (Doc. 113) is ADOPTED.

IT IS FURTHER ORDERED that the Clerk of Court shall terminate the pending motion for attorney's fees (Doc. 107) as MOOT. The Clerk of Court is further directed to close the case file.

DATED this 2nd day of April, 2018.

_____
Donald W. Molloy, District Judge
United States District Court